**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 12-23089-CV-LENARD**

**MARIA ORTEGA,**
*and other similarly-situated individuals*

       **Plaintiff,**

**vs.**

**CARE RESPONSE HOME HEALTH AGENCY**
**CORP., et al**

       **Defendants.**

_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, through and by undersigned counsel, files this Plaintiff's Statement of Claim.  As

grounds, the Plaintiff's state: Plaintiff's good faith estimate of unpaid wages is as follows:

a. Total amount of alleged unpaid Overtime wages:

$42,750.00 (Liquidated)

b. Calculation of such wages:

Plaintiff's was paid at $15.00 an hour, throughout her employment with Defendant from

November 10, 2004- May 17, 2010, but was not properly compensated for the over-time

hours that she worked per week.  Plaintiff seeks to recover unpaid over-time wages

accumulated from 3 years back from the filing of the complaint or August 24, 2009 –

May 17, 2010, which totals no less than 38 weeks.  Plaintiff is owed $21,375.00 ($22.50

x 25 hrs.) of unpaid overtime wages for approximately 38 weeks plus attorney fees and

costs.

     c. <u>Nature of wages (e.g. overtime or straight time)</u>:

This amount represents unpaid over-time wages and liquidated damages.

Dated this 17th day of September, 2012

                         Respectfully submitted,

                         **REMER & GEORGES-PIERRE, PLLC**
                         Court House Tower
                         44 West Flagler Street, Suite 2200
                         Miami, FL. 33130
                         Tel.  (305) 416-5000
                         Fax: (305) 416-5005

                         By: _s/Jason S. Remer_____
                            Jason S. Remer, Esq.
                            Florida Bar No.: 0165580

## CERTIFICATE OF SERVICE

   I hereby certify that on September 17th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: _s/Jason S. Remer_____

          Jason S. Remer, Esq.
          Florida Bar No.: 0165580

## SERVICE LIST

**Jason Saul Remer**
Remer & Georges-Pierre PLLC
Court House Tower
44 West Flagler Street, Suite 2200
Miami, FL. 33130
305-416-5000
Fax: 305-416-5005
Email: jremer@rgpattorneys.com

**Care Response Horne Health Agency Corp**
Through its registered agent
Claudio Valero
313 SW 27 Avenue
Miami, FL 33135